UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | Crim No. 22-CR-681 (PGS) |
| RASHON LAWERY | : | **SCHEDULING ORDER** |

This matter having come before the Court, the Honorable Rukhsanah L. Singh, United States Magistrate Judge, for Arraignment on May 1, 2023; and the United States being represented by Philip R. Sellinger, U.S. Attorney for the District of New Jersey (by Tracey Agnew, Assistant U.S. Attorney, appearing); and the defendant Rashon Lawery being represented by Lisa Van Hoeck, Esq.; and the parties having conferred prior to arraignment and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 1st day of May, 2023, ORDERED that:

1. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before **May 19, 2023.**

2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or

1

before **May 19, 2023**. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before **June 30, 2023**.

4. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before **June 30, 2023**.

5. The following shall be the schedule for pretrial motions in this matter:

a) The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before **July 21, 2023**;

b) The Government shall file any response to the Defendant's pretrial motions on or before **August 11, 2023**;

c) The Defendant shall file any reply on or before **August 25, 2023**; and

d) If warranted, oral argument on pretrial motions shall be scheduled by the Court.

[REMAINDER OF PAGE LEFT BLANK]

6. Pursuant to paragraphs 17 to 21 of the Court's Standing Order No. 15-2, the Court shall, in consultation with the parties, schedule a final pretrial conference that will be held no sooner than two (2) weeks following the disposition of pretrial motions. If appropriate, a trial date will be set at this final pretrial conference.

            _____
            HON. RUKHSANAH L. SINGH
            United States Magistrate Judge