UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| | : | |
| v. | : | Crim No. 22-CR-681 (PGS) |
| | : | |
| RASHON LAWERY | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Tracey Agnew, Assistant United States Attorney), and defendant Rashon Lawery (by Lisa Van Hoeck Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including July 31, 2023, to allow time for the exchange discovery, to permit defense counsel the reasonable time necessary for effective preparation in this matter, including the consideration of pretrial motions, and to allow the parties to initiate plea negotiations; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c); and no prior continuances have been entered; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Taking into account the exercise of diligence, the facts of this case necessitate that the parties be permitted a reasonable amount of additional time for effective preparation in this matter;

(2) The parties have submitted a proposed scheduling order, providing for the exchange of discovery and the filing of pretrial motions;

(3) Both the United States and the defendant seek time to conduct plea negotiations, which could render any subsequent trial of this matter unnecessary;

(4) The defendant has consented to the aforementioned continuance;

(5) The grant of a continuance likely will conserve judicial resources; and

(6) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 1st day of May, 2023,

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including July 31, 2023; and it is further

ORDERED that the period from the date this Order is signed through and including July 31, 2023 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
Honorable Rukhsanah L. Singh
United States Magistrate Judge

2

Agreed to and consented by:

_____
Tracey Agnew
Assistant U.S. Attorney


_____
Lisa Van Hoeck, Esq.
Attorney for Rashon Lawery