PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Rashon Lawery**　　　　　　　　　　　　　　　　Docket No. **22-CR-681**

### Petition for Action on Conditions of Pretrial Release

　　　　COMES NOW TODD JONES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Rashon Lawery**, who was placed under pretrial release supervision by the **HONORABLE MAGISTRATE JUDGE DOUGLAS E. ARPERT** sitting in the Court at **Trenton, New Jersey**, on **September 27, 2023,** under the following conditions: The defendant was released on a $100,000 unsecured appearance bond. The following conditions were imposed.

1. Report to Pretrial Services as directed.
2. The defendant shall be released into the third-party custody of Sheniqua Puran.
3. Substance abuse testing/treatment as directed by Pretrial Services.
4. Mental health testing/treatment as directed by Pretrial Services.
5. Maintain current residence or a residence approved by Pretrial Services.
6. Travel restricted to New Jersey and Pennsylvania unless otherwise approved by Pretrial Services.
7. Home Incarceration with location monitoring – the defendant is restricted to his residence under 24-hour lock-down except for medical necessities and court appearances, or other activities specifically approved by the court.

On November 14, 2023, an informational memo was submitted to Your Honor with respect to the defendant's location monitoring condition.

On January 14, 2024, the defendant left his residence without authorization from Pretrial Services at approximately 4:55 pm. Efforts to speak directly to the defendant were not successful. Subsequently and according to the Trenton Police Department, the defendant got into an argument with another individual and was stabbed. The defendant was admitted into the Capital Health Regional Health Center. Pretrial Services submitted an informational memo to Your Honor.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **a bail review hearing.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 26th day of January, 2024 and ordered filed and made a part of the records in the above case.<br><br>_____ USMJ<br>Honorable Peter G. Sheridan<br>U.S. District Judge | Executed on ____S/____<br><br>_Todd N. Jones_<br>TODD JONES<br>United States Pretrial Services Officer |

Ordered bail review hearing scheduled for 2/1/24 @ 12 pm. before Judge Arpert.