# FEDERAL PUBLIC DEFENDER
## DISTRICT OF NEW JERSEY

K. ANTHONY THOMAS, FEDERAL PUBLIC DEFENDER

22 SOUTH CLINTON AVENUE • STATION PLAZA 4, FOURTH FLOOR • TRENTON, NEW JERSEY 08609 • (609) 989-2160

March 25, 2025

The Honorable Georgette Castner, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    United States v. Rashon Lawery; 3:22-CR-681-GC

Dear Judge Castner:

    Please accept this letter in lieu of a more formal motion requesting a brief adjournment of the sentencing hearing in the above-captioned case.

    After meeting with Mr. Lawery on March 24, 2025, defense counsel needs additional time to prepare for the sentencing, that is currently set for Thursday, March 27, 2025, at 10 A.M. An issue has arisen, and a brief adjournment is needed to resolve the issue in advance of sentencing, e.g. 7-14 days. The government consents to this request.

**GRANTED**
Sentencing is adjourned to
<u>May 1, 2025, at 10:00 a.m. in Courtroom 5E.</u>

**SO ORDERED**
on this 25th day of March, 2025

*[signature: Georgette Castner]*
_____
Hon. Georgette Castner, U.S.D.J.

Respectfully,

*/s/ Andrea G. Aldana*
Andrea G. Aldana
Assistant Federal Public Defender